Unsealed per Mag. Judge Auld on 8/4/14, at 10:10 a.m.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED
MAY 27 2014
IN THIS OFFICE
Clerk U. S. District Court
Greensboro, N. C.
By KG

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :    1:14CR194-1 |
| DONALD RAY MORGAN | : |

The Grand Jury charges:

In or about January, 2012, the exact date to the Grand Jurors unknown, in the County of Rowan, in the Middle District of North Carolina, DONALD RAY MORGAN, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in commerce and affecting commerce a firearm, that is, a Norinco 7.62 x 39mm rifle; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

_____
GRAHAM T. GREEN
ASSISTANT UNITED STATES ATTORNEY

_____
RIPLEY RAND
UNITED STATES ATTORNEY