# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina

*FILED AUG 0 8 2014 IN THIS OFFICE Clerk U.S. District Court Greensboro, NC By___*

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:14CR194-1 |
| **DONALD RAY MORGAN** | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **DONALD RAY MORGAN**,
who is accused of an offense or violation based on the following document filed with the court:

X Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

> Felon in possession of a firearm in violation of 18:922(g)(1) and 924(a)(2)
> *** Indictment Sealed Pending Arrest of Defendant***
> ***The U.S. Attorney requests a detention hearing***

Date: May 28, 2014

John S. Brubaker, Clerk
*Issuing officer's signature*

City and state: Greensboro, North Carolina

/s/ Carol Butler, Deputy Clerk
*Printed name and title*

---

### Return

This warrant was received on *(date)* 5-28-14, and the person was arrested on *(date)* 8-4-14
at *(city and state)* Brooklyn, NY.

Date: 8-4-14

RECEIVED MAY 28 2014 U.S. Marshals Service, M/NC

M. Sprague
*Arresting officer's signature*

MIKE SPRAGUE, DUSM
*Printed name and title*