IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DONALD RAY MORGAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:20CV965 |
| | ) | 1:14CR194-1 |
| UNITED STATES OF AMERICA, | ) | 1:14CR414-1 |
| | ) | |
| Respondent. | ) | |

O R D E R

Petitioner in this action submitted a Motion (1:14CR194-1, Docket Entry 33; 1:14CR414-1, Docket Entry 23) to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. In accordance with Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court will direct the United States Attorney to file a Response to the Motion.

IT IS THEREFORE ORDERED that the United States Attorney is directed to file a Response to Petitioner's Motion (1:14CR194-1, Docket Entry 33; 1:14CR414-1, Docket Entry 23) within sixty (60) days from the date of the entry of this Order.

This, the 27th day of October, 2020.

_____
Joe L. Webster
United States Magistrate Judge