FILED: December 13, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6978 (L)
(1:14-cr-00414-TDS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DONALD RAY MORGAN

        Defendant - Appellant

_____

No. 24-6979
(1:14-cr-00194-TDS-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

DONALD RAY MORGAN

        Defendant - Appellant

_____

O R D E R

_____

The court consolidates Case No. 24-6978 and Case No. 24-6979.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk